UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

**DARRELL DERONE SMALL**             CASE NO. 25-cv-890 SEC P
#2023010323/201001024

-vs-             JUDGE DRELL

**WARDEN**             MAGISTRATE JUDGE PEREZ-MONTES

---

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), noting the absence of objections, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (Doc. 1) is hereby DISMISSED WITHOUT PREJUDICE under Rule 41 of the Federal Rules of Civil Procedure. IT IS FURTHER ORDERED that the Motion for Writ of Mandamus (Doc. 9) seeking release is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 10th day of February 2026.

            DEE D. DRELL, SENIOR JUDGE
            UNITED STATES DISTRICT COURT